# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated** | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2:24-cv-01556 |
| | ) |
| **EVERYWARE WORLDWIDE INC., VENTRILLION LLC d/b/a LIFESTYLE VACATION CLUBS, XENTRILLION, LLC d/b/a LIFESTYLE VACATION CLUBS** | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Adam A. Walker in Broward County, FL on November 18, 2024 at 5:38 pm at 3940 Northwest 11th Street, Coconut Creek, FL 33066 by personal service by handing the following documents to an individual identified as Adam A. Walker.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, and INSTRUCTIONS

White Male, est. age 35-44, glasses: N, No Hair hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.2438086313,-80.1764609048
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Palm Beach County ,

FL        on    11/19/2024   .

/s/ *Marian Forster*

Signature
Marian Forster
+1 (561) 809-3650





Exhibit 1b)

