IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>EVERYWARE WORLDWIDE INC., VENTRILLION LLC d/b/a LIFESTYLE VACATION CLUBS, and XENTRILLION, LLC d/b/a LIFESTYLE VACATION CLUBS,<br><br>Defendants. | Case No. 2:24-cv-01556-MJH |

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY DEADLINES
(AS TO DEFENDANT EVERYWARE WORLDWIDE INC. ONLY)**

Plaintiff Stewart Abramson ("Plaintiff"), on behalf of himself and, with notice and permission, on behalf of Defendant Everyware Worldwide Inc. (individually, "Defendant Everyware" and collectively with Plaintiff, the "Parties"), hereby respectfully informs the Court that the Parties have reached a tentative resolution of the Parties' differences and disputes in the above-captioned matter on an individual (*i.e.*, non-class) basis. The Parties anticipate a notice of voluntary dismissal as to Defendant Everyware will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate all pending case deadlines applicable to Defendant Everyware (including its pleading deadline on February 7, 2025, *see* Dkt. 19) and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time, so the Parties can complete their resolution and submit dismissal paperwork. This notice is as to Defendant Everyware only. It does not apply to the other defendants in this action.

1

Dated: February 7, 2025                              Respectfully submitted,

                                                     By: */s/ Jeremy C. Jackson*

                                                     Jeremy C. Jackson (PA Bar No. 321557)
                                                     **BOWER LAW ASSOCIATES, PLLC**
                                                     403 S. Allen St., Suite 210
                                                     State College, PA 16801
                                                     Tel.: 814-234-2626
                                                     jjackson@bower-law.com

                                                     Anthony I. Paronich (admitted pro hac vice)
                                                     **PARONICH LAW, P.C.**
                                                     350 Lincoln Street, Suite 2400
                                                     Hingham, MA 02043
                                                     Tel: (617) 485-0018
                                                     anthony@paronichlaw.com


                                                     *Attorneys for Plaintiff and the Putative Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2025, I filed and served the foregoing document through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Jeremy C. Jackson*