IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EVERYWARE WORLDWIDE, INC., VENTRILLION LLC d/b/a LIFESTYLE VACATION CLUBS** and **XENTRILLION LLC d/b/a LIFESTYLE VACATION CLUBS**,<br><br>Defendants. | Case No. 2:24-cv-01556-MJH<br><br>CLASS ACTION<br><br>Hon. Marilyn J. Horan |

## JOINT NOTICE OF SETTLEMENT

The parties this notice to advise the Court that the parties have tentatively reached an individual settlement in this matter and hope to file a Notice of Dismissal within 145 days. The parties are further amenable to an administrative stay of this matter.

| | |
|---|---|
| */s/ Anthony I. Paronich*<br>Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com<br><br>Counsel for Plaintiff | *s/ Andrew M. Schwartz*<br>Andrew M. Schwartz<br>Messer Strickler Burnette, Ltd.<br>935 E. Lancaster Ave., #1003<br>Downingtown, PA 19335<br>☎ (320) 434-9664<br>✉ aschwartz@messerstrickler.com<br><br>Counsel for Defendants Xentrillion LLC and Ventrillion, LLC |