**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>EVERYWARE WORLDWIDE INC., VENTRILLION LLC d/b/a LIFESTYLE VACATION CLUBS, and XENTRILLION, LLC d/b/a LIFESTYLE VACATION CLUBS<br><br>               Defendant. | **Case No.** 2:24-cv-01556 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

          Respectfully submitted,

        /s/ *Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on December 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Anthony I. Paronich*
Anthony I. Paronich